1 DANIEL J. BRODERICK, #89424
  Federal Defender
2 LINDA HARTER, #179741
  Chief Assistant Federal Defender
3 Designated Counsel for Service
  SAGE KAVENY
4 Certified Student Attorney
  801 I Street, 3rd Floor
5 Sacramento, California 95814
  Telephone: (916) 498-5700
6

7

  Attorneys for Defendant
8 DIONICIO SALAZAR

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00507-KJN |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATION AND ORDER TO VACATE THE TRIAL CONFIRMATION HEARING AND RESET THE JURY TRIAL FOR A |
| DIONICIO SALAZAR, | ) ) | CHANGE OF PLEA |
| Defendant. | ) ) | |
| _____ | ) ) ) | Date: February 22, 2012 March 12, 2012 Time: 9:00 a.m. Judge: Kendall J. Newman |

        The United States Attorney through his respective counsel, Justin

Lee, Special Assistant United States Attorney, and Linda Harter,

Attorney for DIONICIO SALAZAR, hereby stipulate to vacate the trial

confirmation hearing set for February 22, 2012 at 9:00am and to reset

the jury trial scheduled for March 12, 2012 at 9:00am for a change of

plea.  Time is to be excluded under local rule T4 as the ends of

justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for March 14, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Dated: February 14, 2012        Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for DIONICIO SALAZAR

Dated: February 14, 2012        BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**ORDER**

**THE TRIAL CONFIRMATION DATE OF FEBRUARY 22, 2012, IS VACATED, AND THE JURY TRIAL DATE OF MARCH 12, 2012, IS RESET FOR A CHANGE OF PLEA ON MARCH 14, 2012, AT 9:00AM., and time is excluded pursuant to local code T4. IT IS SO ORDERED.**

DATED: February 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE