DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE D. KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DIONICIO SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-CR-00507-KJN |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) THE CHANGE OF PLEA HEARING |
| DIONICIO SALAZAR, | ) |
| Defendant. | ) Date: April 25, 2012 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Kendall J. Newman |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for DIONICIO SALAZAR, and Certified Student Attorney, SAGE D. KAVENY, hereby stipulate to continue the change of plea hearing set for March 14, 2012 at 9:00am. Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Further, the parties are providing a proposed plea agreement and ask the court to

exclude time under 18 U.S.C. § 3161(h)(1)(g) (Local Rule 7).

Mr. Salazar's four year old son is scheduled to undergo surgery on March 12, 2012 and Mr. Salazar will miss work that day to care for him. Because Mr. Salazar just recently started his current job, he requests that his hearing be continued so that he does not risk termination for missing two days of work in one week.

Accordingly, the parties jointly request that the change of plea hearing be continued to April 25, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

Dated: March 9, 2012          Respectfully submitted,


                              DANIEL BRODERICK
                              Federal Defender


                              /s/ Linda C. Harter
                              LINDA C. HARTER
                              Assistant Federal Defender
                              Attorney for DIONICIO SALAZAR

Dated: March 9, 2012          BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Justin Lee
                              JUSTIN LEE
                              Special Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: March 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-